NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

KENF, L.L.C.,                           )
                                        )
                                        )
            Appellant,                  )
                                        )
v.                                      )   Case No. 2D18-4260
                                        )
                                        )
JABEZ RESTORATIONS, INC.,               )
                                        )
                                        )
            Appellee.                   )
                                        )
_____ )

Opinion filed June 14, 2019.

Appeal from the Circuit Court for Manatee
County; Gilbert Smith, Judge.

Charles V. Barrett, III of Charles V. Barrett,
P.A., Tampa; and Frederick W. Vollrath,
Tampa, for Appellant.

John P. Fleck, Jr., Bradenton, for Appellee.


PER CURIAM.

            Affirmed.


MORRIS and ROTHSTEIN-YOUAKIM, JJ., and KISER, MARK D., ASSOCIATE
JUDGE, Concur.